Matthew L. Dameron
(admitted *pro hac vice*)
Missouri Bar No. 52093
**WILLIAMS DIRKS DAMERON LLC**
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone: (816) 945-7110
Facsimile: (816) 945-7118
matt@williamsdirks.com

Deborah Rosenthal
Cal. Bar No. 184241
**SIMMONS HANLY CONROY LLC**
455 Market Street, Suite 2220
San Francisco, California 94105
Telephone: (415) 536-3986
Facsimile: (415) 537-4120
drosenthal@simmonsfirm.com

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL FERNANDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATKINS NUTRITIONALS, INC., and DOES 1-10,<br><br>Defendants. | Case No. 3:17-CV-01628-GPC-WVG<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

1

3:17-cv-01628-GPC-WVG

US_Active\115218508\V-3

Pursuant to Rules 23 and 41 of the Federal Rules of Civil Procedure, Plaintiff Cheryl Fernandez and Defendant Atkins Nutritionals, Inc., jointly request that the Court dismiss, with prejudice, Plaintiff's claims in the above-captioned action. In support of this joint request, the parties state as follows:

1. As previously described to the Court, the parties reached a nationwide class action settlement to resolve all of the claims asserted in this Action and the related *Smith v. Atkins Nutritionals, Inc.*, No. 2:18-cv-04004-MDH (W.D. Mo.) and *Colella v. Atkins Nutritionals, Inc.*, No. 1:17-cv-05867-KAM-SJB (E.D.N.Y.) actions (the "Settlement").

2. On November 7, 2019, the plaintiffs in *Smith* filed a motion for preliminary approval of the Settlement. As part of that motion, Plaintiff Fernandez and each of the named plaintiffs in the *Colella* action also requested to join the *Smith* action as named plaintiffs and class representatives.

3. On December 19, 2019, the Court in *Smith* granted the plaintiffs' Motion for Preliminary Approval, certified a nationwide settlement class, which encompassed the putative class contemplated by Plaintiff's allegations in this Action (the "Settlement Class"), appointed Plaintiff's Counsel as Class Counsel, appointed Plaintiff Fernandez (along with the other named plaintiffs) as Class Representatives, appointed a Notice and Claims Administrator, approved the proposed Class Notice Plan, and set a Final Approval Hearing for June 25, 2020.

4. Following the Preliminary Approval Order, the Notice and Claims Administrator implemented the Class Notice Plan ("Class Notice"). The claims,

2

US_Active\115218508\V-3

objection, and request for exclusion period ran from January 19, 2020 through April 27, 2020.

5. On June 25, 2020, the Court in *Smith* held the Final Approval Hearing.

6. Following the Final Approval Hearing, on June 26, 2020, the Court in *Smith* entered its Final Approval Order and Judgment (Dkt. 53) finally approving the Settlement. The Final Approval Order and Judgment found and concluded, *inter alia*, that:

    a. Class Notice was "disseminated to members of the Settlement Class in accordance with the Settlement Agreement, the Class Notice Plan, and the Court's Order";

    b. Class Notice "fully satisfied Rule 23 of the Federal Rules of Civil Procedure, was the best notice practicable under the circumstances, and constitute[d] valid, due and sufficient notice to the Settlement Class in full compliance with the requirements of applicable law, including but not limited to the Due Process Clause of the United States Constitution";

    c. "No objections in accordance with the requirements of the Class Notice and the Preliminary Approval Order were submitted to the Settlement Agreement";

    d. Notice provided by Atkins Nutritionals to the appropriate state and federal officials fully satisfied the requirements of the Class Action Fairness Act of 2005, 28 U.S.C. §1715;

e. No state or federal officials objected to the Settlement; and

f. The terms and conditions of the Settlement "constitute[d], in all respects, a 'fair, reasonable, and adequate' settlement as to all Settlement Class Members in accordance with Rule 23(e) Federal Rules of Civil Procedure."

7. The *Smith* Court's Final Approval Order and Judgment further dismissed the *Smith* action, and all claims asserted therein, with prejudice, and constituted a final judgment pursuant to Rule 54 of the Federal Rules of Civil Procedure that is binding on the parties and the Settlement Class.

8. The time to appeal the *Smith* Court's Final Approval Order and Judgment has expired, and no appeals have been filed. *See* Fed. R. App. P. 4.

9. Because the claims asserted in this Action are encompassed in, and have been fully and finally resolved by, the Settlement that was approved by the *Smith* Court's Final Approval Order and Judgment, the Parties jointly request, as the Settlement also requires them to do, dismissal of this Action and all claims asserted herein, with prejudice, with each party to bears its own fees and costs except as expressly provided by the Settlement and approved by the *Smith* Court's Final Approval Order and Judgment.

10. A proposed order granting this Motion is being submitted contemporaneously by e-mail to the Court in Word format, as required by Electronic Case Filing Administrative Policies and Procedures Manual Section 2, f.4 and Section 2, h.

4

Dated: July 31, 2020	Respectfully submitted,

    */s/ Mathew L. Dameron*
Matthew L. Dameron (MO Bar No. 52093)
(admitted *pro hac vice*)
**WILLIAMS DIRKS DAMERON LLC**
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Tel:   (816) 945-7110
Fax:   (816) 945-7118
matt@williamsdirks.com

-and-

Deborah Rosenthal (CA Bar No. 184241)
**SIMMONS HANLY CONROY**
455 Market Street, Suite 1150
San Francisco, California 94105
Tel:   (415) 536-3986
Fax:   (415) 537-4120
drosenthal@simmonsfirm.com

-and-

Jason "Jay" Barnes (MO Bar No. 57583)
(Admitted *pro hac vice*)
SIMMONS HANLY CONROY LLC
219 E. Dunklin Street, Suite A
Jefferson City, Missouri 65101
Tel: (573) 634-8884 / Fax: (573) 635-6291
jaybarnes@simmonsfirm.com

***Attorneys for Plaintiff***


Dated: July 31, 2020	**DENTONS US LLP**

5
3:17-cv-01628-GPC-WVG
US_Active\115218508\V-3

By: */s/Michael J. Duvall*

MICHAEL J. DUVALL
(CA Bar No. 276994)
michael.duvall@dentons.com
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

GRANT J. ANKROM (MO Bar No. 62053)
(admitted *pro hac vice*)
grant.ankrom@dentons.com
One Metropolitan Square
211 N. Broadway, Suite 3000
St. Louis, MO 63102
Tel: (314) 259-5399 / Fax: (314) 259-5959

***Attorneys for Defendant***
***Atkins Nutritionals, Inc.***

US_Active\115218508\V-3

I, Matthew L. Dameron, am the ECF User whose identification and password are being used to file this Joint Status Report. In compliance with Electronic Case Filing Administrative Policies and Procedures Manual Section 2, f. 4., I hereby attest that Michael J. Duvall, attorney for Plaintiff and Class, has concurred in this filing.

Dated: July 31, 2020  　　　　　　　 */s/ Matthew L. Dameron*
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

7
3:17-cv-01628-GPC-WVG
US_Active\115218508\V-3

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 31, 2020, the foregoing was electronically filed on the Court's CM/ECF system, which effectuated service on counsel for Defendant.

*/s/ Matthew L. Dameron*
Attorney for Plaintiff

US_Active\115218508\V-3